Catherine Hinz, defendant in error, v. Theodore Hinz, plaintiff in error. Gen. No. 33,500.

Opinion filed October 14, 1929. Rehearing denied and opinion modified October 28, 1929.

Loyal L. Smith, for plaintiff in error. Socrates & Davis, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.